

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007
Tel: (212) 637-2701
Fax: (212) 637-2686

October 31, 2007

**BY FAX (212-805-6737)**
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

SO ORDERED
The conference is adjourned to
December 4, 2007 at 9:45 a.m.

NOV 0 5 2007  /s/ George B. Daniels
HON. GEORGE B. DANIELS

Re:   *Peralta-Jimenez v. U.S. Citizenship & Immigration Services, et al.*,
      07 Civ. 7386 (GBD) (MHD)

Dear Judge Daniels:

I represent the defendants in the above-referenced immigration matter, in which an initial conference is scheduled for tomorrow, November 1, 2007, at 9:30 a.m. I write respectfully to request an adjournment of the conference. I am currently at home sick with the flu and do not expect to be well enough to attend tomorrow's conference. I have consulted with the plaintiff *pro se*, who consents to the adjournment. This is the first request for an adjournment by either party in this matter.

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Serrin Turner / J.O.
SERRIN TURNER
Assistant United States Attorney
Tel: (212) 637-2701
Fax: (212) 637-2686

cc:   Nidia Peralta-Jimenez, plaintiff *pro se* (by Federal Express)