

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*
*Tel: (212) 637-2701*
*Fax: (212) 637-2686*

November 8, 2007          **SO ORDERED**

*[signature]*

**HON. GEORGE B. DANIELS**

**NOV 1 4 2007**

**BY HAND**
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re:     *Peralta-Jimenez v. U.S. Citizenship & Immigration Services, et al.,*
         07 Civ. 7386 (GBD) (MHD)

Dear Judge Daniels:

I represent the defendants in the above-referenced immigration matter. An initial conference was originally scheduled in the case for November 1, 2007, but was recently adjourned until December 4, 2007. However, I will not be available on that date as I will be out-of-town on an extended Thanksgiving vacation until December 6, 2007. I have been advised by Your Honor's chambers that an alternate time for the conference is available at December 11, 2007, at 9:45 am. Accordingly, I respectfully request that the initial conference be adjourned until that time. Per instructions from Your Honor's chambers, I have advised plaintiff of the anticipated scheduling change.

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:  _____
SERRIN TURNER
Assistant United States Attorney
Tel: (212) 637-2701
Fax: (212) 637-2686

Page 2

cc:    Nidia Peralta-Jimenez, plaintiff *pro se* (by Federal Express)