

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SERRIN TURNER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2701
Fax: (212) 637-2686

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x
                                      :
NIDIA PERALTA-JIMENEZ, A#38-924-176,  :
                                      :
              Plaintiff,              :
                                      :
       v.                             :    07 Civ. 7386 (GBD) (MHD)
                                      :
U.S. CITIZENSHIP AND IMMIGRATION      :    ECF CASE
SERVICE, New York District, ANDREA    :
QUARANTILLO, District Director, U.S. Citizenship :
and Immigration Services,             :
                                      :
              Defendants.             :
                                      :
-------------------------------------x

## STIPULATION AND ORDER OF WITHDRAWAL

WHEREAS respondent United States Citizenship and Immigration Services ("CIS") has

vacated the July 11, 2007 decision denying petitioner's naturalization application and reopened

the application for further consideration;

IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the

above-captioned action be, and hereby is, dismissed, without costs or attorney's fees to any

party, subject to petitioner's right to reinstate the action within 90 days of the entry of this

Stipulation and Order, by written notice to the Court, upon 10 days' prior notice to the United

States Attorney's Office for the Southern District of New York, if the CIS has not approved her

application for naturalization by that date.

Dated: January 11, 2008
    New York, New York

Nidia Peralta-Jiminez, *pro se*
473 West 158th Street, Apt. 34
New York, New York 10032

Dated: January 14, 2008
    New York, New York

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:   SERRIN TURNER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2701
Fax: (212) 637-2686

SO ORDERED:   JAN 1 6 2008

UNITED STATES DISTRICT JUDGE
**HON. GEORGE B. DANIELS**