

DOC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: JAN 17 2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*
*Tel: (212) 637-2701*
*Fax: (212) 637-2686*

January 15, 2008

**BY HAND**
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

SO ORDERED

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
JAN 17 2008

Re:   *Peralta-Jimenez v. U.S. Citizenship & Immigration Services, et al.*,
      07 Civ. 7386 (GBD) (MHD)

Dear Judge Daniels:

I represent the defendants in the above referenced *pro se* lawsuit, concerning a decision by the U.S. Citizenship and Immigration denying plaintiff's application for naturalization. Since the initial conference in this matter, the agency has vacated the decision at issue and agreed to reopen the plaintiff's application for further consideration. Accordingly, the parties have executed a stipulation voluntarily withdrawing this action. Specifically, the stipulation calls for the action to be dismissed, subject to the plaintiff's right to reactivate within 90 days (upon 10 days notice to the U.S. Attorney's Office) if the agency has not approved her naturalization application by that time. I have enclosed the stipulation and respectfully request that it be so-ordered by the Court. In light of the stipulation, I further request that the status conference scheduled for this matter on March 13, 2008, be adjourned.

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:  */s/ Serrin Turner*
     SERRIN TURNER
     Assistant United States Attorney
     Tel: (212) 637-2701
     Fax: (212) 637-2686

Page 2

Encl.

cc:     Nidia Peralta-Jimenez, plaintiff *pro se* (by first-class mail)